COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

(A H)

RE: WR-81,144-01

RORY LEE BECK
TDC # 1818374

N, TX 77583



LOGGED
ON 3-16

DQ MED
ON 3-16

UNITED STATES POSTAGE
PITNEY BOWES
02 1R     $00.406
0006657458  FEB 27 2015
MAILED FROM ZIP CODE 78701

FWD

FWD